IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GPNE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 13-2049-SLR |
| ) | |
| FLEETMATICS USA, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 12th day of March, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on February 20, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 52) is adopted.

2. Plaintiff and counter-defendant GPNE Corp.'s motion to dismiss counterclaim counts V through VIII of defendant Fleetmatics USA LLC's answer, affirmative defenses, and counterclaims for failure to state a claim (D.I. 30) is denied.

United States District Judge